

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00337-CV

| | | |
|---|---|---|
| SPEARS CONSTRUCTION MANAGEMENT, LLC, Appellant | § | On Appeal from the 348th District Court |
| v. | § | of Tarrant County (348-314885-20) |
| | § | February 9, 2023 |
| PHYSICAL THERAPY DYNAMICS, PLLC; JRAD INVESTMENTS, LLC; AND FIRST GUARANTY BANK, Appellees | § | Memorandum Opinion by Justice Bassel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order. It is ordered that the July 29, 2022 order granting Physical Therapy Dynamics, PLLC and JRAD Investments, LLC's motion to vacate the arbitration award and denying Spears Construction Management, LLC's motion to confirm is reversed, and we render judgment confirming the final arbitration award issued on January 5, 2022.

It is further ordered that Appellees Physical Therapy Dynamics, PLLC; JRAD Investments, LLC; and First Guaranty Bank shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Dabney Bassel
      Justice Dabney Bassel